

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00058-CV

| | | |
|---|---|---|
| AKT INVESTMENTS, INC., Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-298672-18) |
| V. | § | January 26, 2023 |
| T JORDAN TOWING, INC., Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's disposition is reversed and the case is remanded to the trial court.

It is further ordered that Appellee T Jordan Towing, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
        Justice Mike Wallach